UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VERIZON DELAWARE, INC, VERIZON MARYLAND INC., VERIZON NEW JERSEY INC., VERIZON NEW YORK INC., VERIZON PENNSYLVANIA agreement INC., and VERIZON WASHINGTON, D.C. INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COVAD COMMUNICATIONS COMPANY and DIECA COMMUNICATIONS, INC.,<br><br>Defendants. | No. C 01-20524 (JF)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

The parties having stipulated to dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1) and Local Civil Rule 77-2(c), it is this  11th  day of   January   , hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, without costs to any party and with each party to bear its own attorneys' fees.

By: _____
~~Clerk~~

IT IS SO ORDERED
Judge Jeremy Fogel

WDC 379909v.1

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No C01-20524 (JF)